IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:04CV489

| | |
|---|---|
| RUSSELL T. CHILDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL ASSET MANAGEMENT )<br>ENTERPRISES, INC., )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no activity in this case since January 2005. Accordingly, the Court directs the parties to file a written report indicating the status of the case. After such report is filed, the Court may – in its discretion – choose to hold a status conference.

**IT IS, THEREFORE, ORDERED** that the parties file a written report, jointly if possible, indicating the status of the case, on or before **May 4, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge